IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| FIDLAR ACQUISITION CO., d/b/a Fidlar Technologies,<br><br>    Plaintiff,<br><br> vs.<br><br>FIRST AMERICAN DATA TREE LLC,<br><br>    Defendant. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant, FIRST AMERICAN DATA TREE LLC, by its attorneys, CALIFF & HARPER, P.C., submits this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).  This Court has original jurisdiction over this action under 28 U.S.C. §1332(a)(1), because the action is one between citizens of different States and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

1. On August 31, 2012, plaintiff, FIDLAR ACQUISITION CO, d/b/a Fidlar Technologies, commenced this action by filing a Complaint in the Circuit Court of Rock Island County, Illinois, styled *FIDLAR ACQUISITION CO., d/b/a Fidlar Technologies, Plaintiff, v. FIRST AMERICAN DATA TREE, LLC, Defendant,* No. 12 L 101.  A copy of the Summons and Complaint in that action is attached as Exhibit A.

2.     Defendant, FIRST AMERICAN DATA TREE LLC, is a Delaware limited liability company having its principal place of business in California.  A copy of a document from the State of Delaware, Division of Corporations web site showing defendant is a Delaware limited liability company is attached as Exhibit B.  An affidavit regarding defendant's principal place of business is attached as Exhibit C.

3.     Plaintiff, FIDLAR ACQUISITION CO., is a Michigan corporation having its principal place of business in Illinois.  Copies of documents obtained from the State of Michigan, Department of Licensing and Regulatory Affairs web site and from the Illinois Secretary of State's web site showing that plaintiff is a Michigan corporation are attached as Exhibit D.  Plaintiff's Complaint, paragraph 1, which paragraph is incorporated into each count of the Complaint, states that plaintiff's principal place of business is located in Rock Island, Rock Island County, Illinois

4.     Service was made on defendant, FIRST AMERICAN DATA TREE LLC, by service on its Delaware registered agent, Corporation Service Company, at 2711 Centerville Road, Suite 400, Wilmington, Delaware, on September 18, 2012.  A copy of the Notice of Service of Process from Corporation Service Company is attached as Exhibit E.

5. Defendant, FIRST AMERICAN DATA TREE LLC, was served with notice of the Complaint no earlier than September 18, 2012.

6. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1), which provides that notice of removal may be filed within 30 days from the date of the earlier of (a) receipt of a copy of the initial pleading or (b) service of the summons if the initial pleading has been filed with the state court.

7. Defendant has neither entered its appearance in the state court case nor has it filed any response to the Complaint, and no rulings have yet been made in the case.

8. This action is removable to this Court pursuant to 28 U.S.C. § 1446, as this court has original jurisdiction based on 28 U.S.C. §1332, which provides in pertinent part:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
>
> (1) citizens of different States; …

9. The specific facts supporting original jurisdiction of this court over the action being removed are that the parties are citizens of different states, as set forth above, and each count of plaintiff's Complaint seeks

monetary damages in the sum of $417,492.25 exclusive of interest and costs, which amount exceeds the minimum amount for diversity jurisdiction set by 28 U.S.C. § 1332(a) of $75,000.00 exclusive of interest and costs.

10. Plaintiff, by filing suit in Rock Island County, Illinois, asserted that venue was proper there. The territorial jurisdiction of this Court and this Division includes Rock Island County. Thus, venue for this removed action is proper under 28 U.S.C. § 1441(a).

11. Defendant will promptly give the adverse party notice of removal, as required by 28 USC § 1446(d), and will promptly file a copy of this notice with the clerk of the Rock Island County, Illinois, Circuit Court.

WHEREFORE, defendant, FIRST AMERICAN DATA TREE LLC, gives notice of the removal of the above-entitled action from the Circuit Court of Rock Island County, Illinois, to the United States District Court for the Central District of Illinois, Rock Island Division.

FIRST AMERICAN DATA TREE LLC,
Defendant

By: _____/s/Robert T. Park_____
    Robert T. Park   ARDC #02143585

CALIFF & HARPER, P.C.
Attorneys for Defendant
First Midwest Bank Building
506 15th Street, Suite 600
P.O. Box 719
Moline, IL 61265-0719
Phone: 309/764-8300 or 800/764-4999
Fax: 309/764-3448
Email: rpark@califf.com

CERTIFICATE OF FILING AND SERVICE

    I, Robert T. Park, attorney, hereby certify that I filed a copy of the foregoing Notice of Removal of defendant, FIRST AMERICAN DATA TREE LLC, with the clerk of the Clerk of the Court using the CM/ECF system, and I hereby further certify that I have mailed a copy of the document, first class postage prepaid, to the following on the 17th day of October 2012:

    John S. Callas
    MCCARTHY, CALLAS & FEENEY, P.C.
    329 18th Street
    Rock Island, IL  61201.

    _____/s/Robert T. Park_____
    Robert T. Park     ARDC #02143585