**E-FILED**
Thursday, 14 August, 2014 04:53:31 PM
Clerk, U.S. District Court, ILCD

# Exhibit X

| | | | Page: | 1 |
|---|---|---|---|---|

# Invoice

**FIDLAR TECHNOLOGIES**
4450 48th AVENUE CT.
ROCK ISLAND, IL 61201
PHONE (309) 794-3200

Invoice Number: 0425761-IN
Invoice Date: 3/31/2012
Customer Number: 5706237

**REMIT TO ONLY:**
FIDLAR TECHNOLOGIES, INC.
PO BOX 3333
ROCK ISLAND, IL 61204-3333

**SOLD TO**

FIRST AMERICAN DATA TREE - TAP
22705 SAVI RANCH PARKWAY
YORBA LINDA, CA  92887

**SHIP TO**

FIRST AMERICAN DATA TREE - TAP
22705 SAVI RANCH PARKWAY
YORBA LINDA, CA  92887

Please Return Upper Portion With Payment

| DATE | INVOICE | CUSTOMER P.O. | | SALESMAN |
|---|---|---|---|---|
| 3/31/2012 | 0425761-IN | | 0267 | KYLE COGDILL |

| ITEM NO. | DESCRIPTION | UNIT | ORDERED | SHIPPED | AMOUNT |
|---|---|---|---|---|---|
| | Service Agreement T1201  FIRST AMERICAN DATA TREE | | | | |
| | Tapestry Usage - March 2012 | | | | |
| | *** | | | | 417,942.25 |
| | Thank You | | | | |

Please pay from this invoice and return upper portion.

**FIDLAR TECHNOLOGIES**
4450 48th AVENUE CT.
ROCK ISLAND, IL 61201

**Terms:** Net 30 days from invoice date. A late charge of 1½% per month will be added on past due accounts. This is an **ANNUAL PERCENTAGE RATE** OF 18%.

| | |
|---|---|
| INVOICE: | 417,942.25 |
| SHIPPING & HANDLING: | 0.00 |
| SALES TAX: | 0.00 |
| TOTAL INVOICE: | 417,942.25 |