E-FILED
Friday, 21 November, 2014 11:53:17 AM
Clerk, U.S. District Court, ILCD

# Exhibit A



# Invoice

**4450 48th AVENUE CT.**
ROCK ISLAND, IL 61201
PHONE (309) 794-3200

Page: 1

Invoice Number: 0425761-IN
Invoice Date: 3/31/2012
Customer Number: 5706237

**REMIT TO ONLY:**
FIDLAR TECHNOLOGIES, INC.
PO BOX 3333
ROCK ISLAND, IL 61204-3333

SOLD TO

SHIP TO

FIRST AMERICAN DATA TREE - TAP
22705 SAVI RANCH PARKWAY
YORBA LINDA, CA 92887

FIRST AMERICAN DATA TREE - TAP
22705 SAVI RANCH PARKWAY
YORBA LINDA, CA 92887

Please Return Upper Portion With Payment

| DATE | INVOICE | CUSTOMER P.O. | | SALESMAN |
|---|---|---|---|---|
| 3/31/2012 | 0425761-IN | | 0267 | KYLE COGDILL |

| ITEM NO. | DESCRIPTION | UNIT | ORDERED | SHIPPED | AMOUNT |
|---|---|---|---|---|---|
| | Service Agreement T1201 FIRST AMERICAN DATA TREE Tapestry Usage - March 2012<br>***<br>Thank You | | | | 417,942.25 |

Please pay from this invoice and return upper portion.

Terms: Net 30 days from invoice date. A late charge of 1½% per month will be added on past due accounts. This is an ANNUAL PERCENTAGE RATE OF 18%.

4450 48th AVENUE CT.
ROCK ISLAND, IL 61201

INVOICE: 417,942.25
SHIPPING & HANDLING: 0.00
SALES TAX: 0.00

TOTAL INVOICE: 417,942.25