**E-FILED**
Friday, 21 November, 2014  11:53:17 AM
Clerk, U.S. District Court, ILCD

# Exhibit B

FIDLAR TECHNOLOGIES
350 RESEARCH PARKWAY
DAVENPORT, IA
52806
(563) 345-1200

425761E-IN
2/27/2013

0236
5706237

FIRST AMERICAN DATA TREE LLC
4 FIRST AMERICAN WAY
SANTA ANA, CA 92707

FIRST AMERICAN DATA TREE LLC
4 FIRST AMERICAN WAY
SANTA ANA, CA 92707

NET 30 DAYS

Service Agreement T1201 - FIRST AMERICAN DATA TREE
Tapestry Usage - March 2012 All Other Counties
/M
···

13,222.75

Thank You

*******DUPLICATE INVOICE COPY*********

| | |
|---|---|
| Net Invoice: | 13,222.75 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 13,222.75 |
| Less Deposit: | 0.00 |
| | 13,222.75 |

**Fidlar's Supplemental Production 004441**